# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA L. RAABE, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS, INC., SAMSUNG ELECTRONICS CO., LTD, THE HOME DEPOT, INC., LOWE'S HOME CENTERS, LLC., BEST BUY CO., INC., SEARS HOLDING CORPORATION,<br><br>Defendants. | Case No.: 2:17−CV−00946−KJM−EFB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS (with modifications)**<br><br>DATE: July 14, 2017<br>TIME: 10:00 a.m.<br>CRTRM: 3/15th Floor<br><br>Complaint Filed: May 4, 2017<br>The Honorable Kimberly J. Mueller |

Good cause appearing, Plaintiff's Unopposed Motion to Stay Proceedings in the above caption action is **GRANTED** as follows:

1. The action is **STAYED** pending the resolution of *Wells v. Samsung Electronics America, Inc., et al*, Case No. CIV-17-46-D and *Higginbotham v. Samsung Electronics America, Inc., et al*, Case No. CIV-17-102-D (consolidated case number Case No. CIV-17-46-D);

2. All deadlines, including Defendants' obligations to respond to Plaintiff's complaint, are **VACATED** until further order of the Court;

3. Plaintiff shall notify the Court of any resolution of *Wells v. Samsung Electronics America, Inc., et al*, Case No. CIV-17-46-D and *Higginbotham v. Samsung Electronics America, Inc., et al*, Case No. CIV-17-102-D (consolidated case number Case No. CIV-17-46-D) within fourteen (14) days of the resolution.

**IT IS SO ORDERED.**

Dated: July 13, 2017.

_____
UNITED STATES DISTRICT JUDGE